FILED

CW

09 JAN 28 AM 10:49

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name   Hart        Andre     L.

    (Last)           (First)         (Initial)

Prisoner Number   D-18158

Institutional Address   California Substance Abuse Treatment Facility

P.O. Box 7100   Corcoran, California 93212

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Hart Andre L.

(Enter the full name of plaintiff in this action.)

vs.

SGT. K. Johnson / C/O L. Stepp /

John Doe Lt.

(Enter the full name of the defendant(s) in this action))

)
)
)
)
)
)
)
)
)
)
)
)
)

**CV 08 00648**

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement   California Substance Abuse Treatment Facility

B.   Is there a grievance procedure in this institution?

        YES (x)       NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES(X)        NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the

1    appeal at each level of review.  If you did not pursue a certain level of appeal,

2    explain why.

3    1. Informal appeal <u>Local Log No.: SVSP 07-00144  "BYPASS" By</u>

4    <u>The Administration Of Salinas Valley State Prison, Date Sub-</u>

5    <u>mitted 1-8-07</u>                                                           2. First

6    formal level <u>"PARTIALLY GRANTED"  Dated 2-12-07  But Never actually</u>

7    <u>giving relief to Plaintiff.</u>

8

9    3. Second formal level <u>"PARTIALLY GRANTED"  3-28-07 Again no</u>

10    <u>Relief was given to Plaintiff.</u>

11                                                                              4 Third

12    formal level <u>Local Log No.: SVSP 07-00144/ IAB Case No.: 0613246</u>

13    <u>"Denied" Dated 7-11-07/ California Victim Compensation And</u>

14    <u>Government Claims Board "Denied" Dated 8-23-07</u>

15    E.    Is the last level to which you appealed the highest level of appeal available to

16          you?

17          YES (X)    NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19    explain why. <u>    Plaintiff has fulfilled all required exhaustion of Admini-</u>

20    <u>strative remedy available within CDCR And State Board Of Control ( Calif-</u>

21    <u>ornia Victim Compensation And Government Claims Board ).</u>

22    II.    Parties

23    A.    Write your name and your present address.  Do the same for additional plaintiffs,

24          if any.

25    <u>Andre L. Hart, California Substance Abuse Treatment Facility P.O. Box</u>

26    <u>7100 Corcoran, California 93212</u>

27    

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                              - 2 -

1    place of employment.

2  SGT. K. Johnson Official Position; Facility D-9 Sergeant / C/O Stepp

3  Facility D-9 Control Booth / John Doe Lt. Facility D Lieutenant, All

4  Defendant's are employee's of Salinas Valley State Prison.

5

6                                                                    III.

7  Statement of Claim

8      State here as briefly as possible the facts of your case.  Be sure to describe how each

9  defendant is involved and to include dates, when possible.  Do not give any legal arguments or

10 cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 On 12-30-06 Sgt. K. Johnson Violated Plaintiff's 8TH Amendment Right's

13 at Salinas Valley State Prison within Administrative Segregation D-9. On

14 the above date of 12-30-06 Sgt. K. Johnson committed an act of Deliberate

15 indifference to Plaintiff's Personal Safty and Security, In doing so it was

16 plainly clear and obvious Sgt. K. Johnson did so Recklessly as to be tanta-

17 mont to a desire to inflick harm, Sgt. K. Johnson moves Plaintiff into a

18 cell with an Documented Enemy Knowingly as it was clearly an established

19 Documented Fact within Both CDCR Files of Plaintiff and this Documented

20 Enemy, A Procedural protocol of Salinas Valley State Prison Mandates that

21 upon moving any Inmate an evaluation of the Inmates CDCR Files be made to

22 ensure Inmates Safty and Security before any such move in administrative

23 Segregation is made, However in Sgt. K. Johnson case he clearly disregards

24 all procedural protocol and places plaintiff's life in extreme Danger

25 IV.    Relief

26      Your complaint cannot go forward unless you request specific relief.  State briefly exactly

27 what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

28

COMPLAINT                        - 3 -

CONTINUE SECTION III
STATEMENT OF CLAIM

3  when he Sgt. K. Johnson disregard's Plaintiff's right's to safty and security

4  which could have in this case resulted in death for the plaintiff. The review

5  of CDCR Files is clearly stated on the compatability chrono that Plaintiff

6  sign's , However at the time of this signing Sgt. K. Johnson Never bring's to

7  light to plaintiff that this other party has refuse to sign thus leading plain-

8  tiff blindly into his malicious trap where such refusal would surely bring su-

9  spicion that would and should have brought a more deeper review of CDCR Files

10  the failure to do this knowingly places plaintiff inside this cell knowing on

11  there was particular vulerability and wantonness while doing so, The ensuing

12  result's ( Exhibit "A"  Crime/Incident Reports ) What Sgt. K. Johnson Dose was

13  very much done maliciously and a Deliberate act and sadistically committed for

14  the sole purpose of causing plaintiff harm. For throughout this entire ordeal

15  Plaintiff was place in a life threatening situation and attack by an documented

16  enemy while throughout in mechanical restraints behind plaintiff's Back. The

17  move itself or what was done to plaintiff served absolutely no penological goal

18  whatsoever and was simply manipulated maliciously by Sgt. K. Johnson to cause

19  plaintiff harm and suffering.

20  C/O Stepp L. on 12-30-06 upon seeing plaintiff entering C-Wing being place in

21  a holding cell in the front of C-Wing by Sgt. K. Johnson Yell's down to plaint-

22  iff in front of Sgt. K. Johnson " Isn't the guy you're moving with the same guy

23  you beat the hell out of on B-Yard?" When I the plaintiff state clearly "NO"

24  I'm moving with a homie of mine's from San Diego name Vincent not the dude your

25  talking about C/O Stepp L. goes on to say I don't care smiling as if this was

26  some sort of inside joke between himself (C/O Stepp L. And Sgt K. Johnson) and

27  by doing so he C/O Stepp L. Clearly show's his Deliberate Indifference to plai-

28  ntiff's safty and security because he was suppose to intervene and not allow

COMPLAINT                                    -1-

CONTINUE SECTION III
STATEMENT OF CLAIM

the malicious and intentional act of placing plaintiff into a cell with a known documented enemy which place plaintiff's life in jeopardy and by doing so he C/O Stepp L. was Deliberately indifferent to plaintiff's safty and security and 8TH Amendment Right's which are afforded to plaintiff by the United States Constitution.

Jhon doe Lt. Defendant On 12-30-06 Violates Plaintiff's 8TH Amendment Rights when he as a supervising Authority over Sgt. K. Johnson allow's this malicious act to occure on his watch as his duties make him (John Doe Lt.) responsible for reviewing all bed moves and CDCR files to ensure Plaintiff's safty and security and with his failure to perform his duties according to procedure and protocol of Salinas Valley State Prison he places plaintiff's life in extreme peril which actually occure's upon plaintiff's placement inside the cell with a known documented enemy.

Sgt. K. Johnson, C/O Stepp L. And John Doe Lt. are being sued in both there Official Capacity and Individual Capacity for there 8TH Amendment Violation's of Plaintiff's Constitutional Right's protected by the United States Constitution.

1  Plaintiff seek's 5,000,000 (Five Million Dollars) for the Trauma, Mental

2  Suffering, and emotional Stress brought on by the malicious act committed

3  against him by the Defendant's , Plus the firing of Sgt. K. Johnson for his

4  Malicious manipulation and disregard of procedural protocol which place

5  plaintiff's life in extreme peril which very well could have lead to the

6  Death of plaintiff within the "Physical attack" on Plaintiff.

7      I declare under penalty of perjury that the foregoing is true and correct.

8

9  Signed this  14ᵀᴴ  day of  January  , 20 08

10                                 Andre L. Hart

11         _Andre L. Hart_

12              (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

EXHIBIT "A"

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
## PART A - COVER SHEET
CDCR 837-A (Rev. 07/05)

| | | |
|---|---|---|
| PAGE 1 OF __3__ | INCIDENT LOG NUMBER SVP-FD9-06-12-0848 | INCIDENT DATE 12/30/06 | INCIDENT TIME 1010 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | USE OF FORCE |
|---|---|---|---|---|---|---|
| SVSP | D | ☐ I ☐ II ☐ III ☒ IV | Building D9 | Cell132 | ☒ ASU ☐ SHU ☐ PSU ☐ SEG YARD ☐ SNY ☐ PHU ☐ CTC ☐ CC ☐ WA ☐ GP ☐ RC ☐ RM | ☒ YES ☐ NO |

**SPECIFIC CRIME / INCIDENT**
Battery on an Inmate W/ no SBI, W/Use of O.C. Spray

NUMBER/SUBSECTION:
☒ CCR ☐ PC ☐ N/A    3005 (c)

| D. A. REFERRAL ELIGIBLE | CRISIS RESPONSE TEAM ACTIVATED | MUTUAL AID REQUEST | PIO/AOD NOTIFIED |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☒ YES ☐ NO |

## RELATED INFORMATION (CHECK ALL THAT APPLY OR N/A)

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ NATURAL | ☒ ON INMATE | ☒ BEATING ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ UNKNOWN | ☐ ON STAFF | ☐ GASSING ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING ☐ STRANGLING |
| ☐ OTHER: | ☐ SUICIDE | ☐ OTHER: | ☐ SEXUAL ☐ OTHER: |
| | ☐ OVERDOSE | | ☐ SHOOTING |
| ☒ N/A | ☒ N/A | ☐ N/A | ☐ SLASHING ☐ N/A |

| SERIOUS INJURY | INMATE WEAPONS | TYPE OF WEAPON / SHOTS FIRED / FORCE |
|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | **TYPE:** |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON |
| ☐ VISITOR | ☐ EXPLOSIVE | |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED WEAPON |
| | ☒ HANDS / FEET | |
| ☒ N/A | ☐ KNIFE | |
| | ☐ SAP/SLUNG SHOT | |
| **ESCAPES** | ☐ PROJECTILE | |
| | ☐ SPEAR | |
| ☐ W/ FORCE | ☐ SLASHING INSTRUMENT: (TYPE) _____ | |
| ☐ W/O FORCE | ☐ STABBING INSTRUMENT: (TYPE) _____ | |
| ☐ ATTEMPTED | ☐ OTHER: _____ | |
| | ☐ BODILY FLUID ☐ OTHER FLUID: _____ | |
| ☒ N/A | ☐ UNKNOWN LIQUID | |
| | ☐ N/A | |

TYPE OF WEAPON / SHOTS FIRED / FORCE:

| WEAPON: | WARNING # | EFFECT # | BATON ROUND |
|---|---|---|---|
| ☐ MINI 14 | | | TYPE / NO: |
| ☐ 38 CAL. | | | WOOD |
| ☐ 9MM | | | RUBBER |
| ☐ SHOTGUN | | | FOAM |
| **LAUNCHER:** | | | **STINGER :** |
| ☐ 37MM | | | .32 (A) |
| ☐ L8 | | | .60 (B) |
| ☐ 40MM | | | EXACTIMPACT |
| ☐ 40MM MULTI | | | CTS 4557 |
| ☐ HFWRS | | | XM 1006 |
| **FORCE** | | | **CHEMICAL** |
| ☐ EXPANDABLE BATON | | | ☒ OC   4-MK-9 |
| ☐ PHYSICAL FORCE | | | ☐ CN |
| ☐ X10 | | | ☐ CS |
| ☐ OTHER: _____ | | | ☐ N/A |

| CONTROLLED SUBSTANCE | WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY |
|---|---|---|---|
| ☐ POSITIVE UA | ☐ WITH PACKAGING | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION ☐ WEATHER |
| ☐ CONTROLLED MEDS | ☐ W/O PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD ☐ SEARCH WARRANT |
| | PRELIMINARY    LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION ☐ ARREST |
| ☐ AMPHETAMINE | | | ☐ FIRE ☐ OTHER: |
| ☐ BARBITURATES | | IF YES, LIST AFFECTED PROGRAMS: | ☐ GANG/DISRUPTIVE GROUP |
| ☐ COCAINE | | | ☐ HOSTAGE _____ |
| ☐ CODEINE | | | ☐ INMATE STRIKE |
| ☐ HEROIN | | | ☐ MAJOR DISTURBANCE **EXTRACTION:** |
| ☐ MARIJUANA/THC | | | ☐ MAJOR POWER OUTAGE ☐ CALCULATED |
| ☐ METHAMPHETAMINE | | | ☐ NATURAL DISASTER ☐ EMERGENCY |
| ☐ MORPHINE | | | ☐ PUBLIC DEMONSTRATION |
| ☐ OTHER: _____ | | ☒ N/A | ☐ SPECIAL INTEREST I/M ☒ N/A |
| ☒ N/A | | | |

**BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):**

On December 30, 2006 at about 1010 hours, an act of "Battery on a inmate with no Serious Bodily Injury" occurred in Facility D9, cell 132, causing staff to utilize O.C Pepper Spray to gain compliance with a lawful order.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| R. Mojica | Lieutenant | ▅▅▅▅ | ▅▅▅▅ |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| _(signature)_ | 6702 | 12/30/06 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDCR 837-A1 (07/05)

PAGE __2__ OF __3__

INCIDENT LOG NUMBER
SVP-FD9-06-12-0848

| INSTITUTION SVSP | FACILITY Facility D | DATE OF INCIDENT 12/30/06 | TIME OF INCIDENT 1010 |
|---|---|---|---|

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT   [ ] SUPPLEMENTAL INFORMATION   [ ] AMENDED INFORMATION   [ ] CLOSURE REPORT

NARRATIVE:

On Saturday, December 30, 2006 at about 1010 hours, While moving inmates to newly assigned cells, Correctional Sergeant K. Johnson, and Correctional Officer K. Jimenez escorted Inmate Hart (D-18158) to cell D9-132, which was already occupied by Inmate Venson (D-92349). Staff placed Inmate Hart into the cell, and he stepped to the back of the cell. Inmate Venson who was already handcuffed inside the cell approached the food/cuff port to have his handcuffs removed. As soon as his handcuffs were removed, he immediately charged at Inmate Hart, and swung with a closed fist at the head and upper torso area of Inmate Hart. Correctional Officer K. Jimenez activated her Personal Alarm Device, and gave Inmate Venson several verbal orders to "prone out" with negative results. Inmate Venson continued his attack on Inmate Hart, striking him with closed fist. For fear of life or serious bodily injury, coupled with the fact that Inmate Hart was still in handcuffs, and unable to defend himself, Correctional Officer K. Jimenez utilized her MK-9, 5.5 O.C. Pepper Spray, striking Inmate Venson in the facial area. Inmate Venson still refused to comply with staffs orders. Correctional Officer Warloumount responded to cell 132 and also gave several verbal orders to "prone out", with negative results. Correctional Officer Warloumount then utilized her MK-9, 5.5 O.C. Pepper Spray through the food/cuff port striking both inmates, again meeting with negative results. Correctional Officer Dixon responded to cell 132 and also gave several verbal orders to "prone out", still meeting with negative results, Correctional Officer Dixon administered his MK-9, 5.5 O.C. Pepper Spray through the food/cuff port striking both inmates while continuing to give verbal orders to comply with his orders to "prone out". Correctional Officer Dixon then retrieved another MK-9, 5.5 O.C. Pepper Spray from Correctional Officer Coleman. Correctional Officer Dixon administered another MK-9, 5.5 O.C. Pepper Spray through the food/cuff port striking both inmates in the facial area meeting with positive results. Both inmates were ordered to assume the prone position, to which they complied. Inmate Venson was instructed to approach the food/cuff port and submit to handcuffs, to which he complied. Both inmates were removed from the cell, decontaminated and medically examined. Both inmates were subsequently rehoused in Administrative Segregation.

Suspect(s): Venson (D-92349) D9-132

Victim(s): Hart (D-18158) D9-132

Use of Force:  Correctional Officers K. Jimenez, and T. Warlaumount each utilized (1) one MK-9, 5.5 O.C Pepper Spray. Correctional Officer C. Dixon utilized (2) two MK-9, 5.5 O.C Pepper Spray.

Escorts: Correctional Officers C. Dixon, and D. Mcintyre escorted Inmate Venson to the Facility D9 C-Section Shower #1 and placed him in the shower where he was decontaminated with cold water, and medically evaluated by R.N. Crusch. Correctional Officers K. Jimenez, and J. Coleman escorted Inmate Hart to the Facility D9 C-Section Shower #2 and placed him in the shower where he was decontaminated with cold water, and medically evaluated by R.N. Crusch.

Crime Scene/Evidence: N/A

Video Tape: N/A

[X] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) R. Mojica | TITLE Lt. | ID # | BADGE # |
|---|---|---|---|
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) | DATE 12/30/06 |
| NAME OF WARDEN// AOD (PRINT/SIGN) | | TITLE | DATE |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDCR 837-A1 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __3__ OF __3__

| INCIDENT LOG NUMBER |
| SVP-FD9-06-12-0848 |

| INSTITUTION | FACILITY | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|
| SVSP | Facility D | 12/30/06 | 1010 |

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT  [ ] SUPPLEMENTAL INFORMATION  [ ] AMENDED INFORMATION  [ ] CLOSURE REPORT

**NARRATIVE:**

Mental Health Evaluation(s)/Treatment: RN Crucsh, conducted a (7219) Medical Evaluation/Examination on Inmate Venson noting a reddened area in the facial area. Inmate Venson is not a participant in the Mental Health Delivery System at the any level of care. RN Crucsh, conducted a (7219) Medical Evaluation/Examination on Inmate Hart noting no injuries. Inmate Hart is not a participant in the Mental Health Delivery System at any level of care.

Conclusion: Inmate Venson will receive a CDC-115 Serious Rules Violation Report for violation of CCR 3005 (c) for the specific act of "Battery on an Inmate, with no SBI". A division D(8) offense. This case will not be referred to the Monterey County District Attorneys Office as this matter will be best handled at the Administrative level.

Notifications: All appropriate Administrative staff have been notified of this incident. You will be apprised of any further developments in this matter, via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| R. Mojica | Lt. | | |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| *R. Mojica* | | 12/30/06 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDCR 837-B1 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __1.00__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | D | SVP-FD9-06-12-0848 |

**INMATE (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| VENSON | CLIFFORD | | D92349 | M | BLK | 467944HA6 | A08511906 |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☒ SUSPECT ☐ WITNESS | 94 | ☐ YES ☒ NO | 05/06/97 | 08/09/00 | LIFE | ☐ YES ☒ NO | 04/29/67 | D-9-132 |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☒ N/A

COMMITMENT OFFENSE
GRAND THEFT VEHICLE

COUNTY OF COMMITMENT
LOS ANGELES

DESCRIPTION OF INJURIES:
REDNESS FROM O.C. EXPOSURE/ UNCOOPERITIVE WITH NURSE

☐ N/A

PRISON GANG / DISRUPTIVE GROUP
NONE NOTED
☐ VALIDATED ☐ ASSOCIATED ☒ N/A

☐ HOSPITALIZED ☒ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____   ☐ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ N/A D-9- MEDICAL CLINIC

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| HART | ANDRE | | ▉▉▉ | ▉ | ▉▉ | ▉▉▉ | ▉▉▉ |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ▉ VICTIM ▉ SUSPECT ▉ WITNESS | | | | | | ☐ YES ☒ NO | 04/29/67 | D-9-132 |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ▉▉

COMMITMENT OFFENSE
MURDER 1 WITH WEAPON

COUNTY OF COMMITMENT
▉▉▉

DESCRIPTION OF INJURIES:
▉▉▉▉▉▉▉▉▉▉▉▉
▉ N/A

PRISON GANG / DISRUPTIVE GROUP
▉▉▉

☐ HOSPITALIZED ☒ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____   ☐ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ N/A D-9 MEDICAL CLINIC

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☐ SUSPECT ☐ WITNESS | | ☐ YES ☐ NO | | | | ☐ YES ☐ NO | | |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☐ N/A

COMMITMENT OFFENSE

COUNTY OF COMMITMENT

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A
☐ VALIDATED ☐ ASSOCIATED ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT
☐ DECEASED DATE: _____   ☐ N/A

NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM ☐ SUSPECT ☐ WITNESS | | ☐ YES ☐ NO | | | | ☐ YES ☐ NO | | |

☐ CCCMS ☐ EOP ☐ DPP ☐ DMH
☐ MHCB ☐ DDP ☐ N/A

COMMITMENT OFFENSE

COUNTY OF COMMITMENT

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A
☐ VALIDATED ☐ ASSOCIATED ☐ N/A

☐ HOSPITALIZED ☐ TREATED & RELEASED ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDCR 837-B2 (07/05)                                                                          PAGE __1__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | D | SVP-FD9-06-12-0848 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MOJICA | R | | LIEUTENANT | ▓ | ▓ | ▓ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA<br>☒ RESPONDER<br>☐ WITNESS<br>☐ VICTIM | ▓ | ▓ | FACILITY D LIEUTENANT |

DESCRIPTION OF INJURIES:
☒ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | ☐ YES  ☒ NO<br>TYPE: _____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| JOHNSON | K | | SERGEANT | ▓ | ▓ | ▓ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA<br>☐ RESPONDER<br>☐ WITNESS<br>☐ VICTIM | ▓ | ▓ | FACILITY D-9 SERGEANT |

DESCRIPTION OF INJURIES:
☒ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | ☐ YES  ☒ NO<br>TYPE: _____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| JIMENEZ | K | | OFFICER | ▓ | ▓ | ▓ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☒ PRIMARY  ☐ CAMERA<br>☐ RESPONDER<br>☐ WITNESS<br>☐ VICTIM | ▓ | ▓ | FACILITY D-9 S&E #2 |

DESCRIPTION OF INJURIES:
☒ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | ☒ YES  ☐ NO<br>TYPE: MK-9 O.C. | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| WARLAUMONT | T | | OFFICER | F | BLK | T/W |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA<br>☒ RESPONDER<br>☐ WITNESS<br>☐ VICTIM | ▓ | ▓ | FACILITY D-9 FLOOR #1 |

DESCRIPTION OF INJURIES:
☒ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | ☐ YES  ☒ NO<br>TYPE: MK-9 O.C. | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| DIXON | C | | OFFICER | ▓ | ▓ | ▓ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA<br>☒ RESPONDER<br>☐ WITNESS<br>☐ VICTIM | ▓ | ▓ | FACILITY D-9 FLOOR #2 |

DESCRIPTION OF INJURIES:
☒ N/A

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED<br>☐ REFUSED TREATMENT<br>☐ DECEASED DATE: | ☒ N/A  ☒ N/A | ☒ YES  ☐ NO<br>TYPE: MK-9 O.C. | ☐ YES  ☒ NO |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDCR 837-B2 (07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| SVSP | D | SVP-FD9-06-12-0848 |

**STAFF (ENTIRE SHEET)**

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| MCINTYRE | D | | OFFICER | ▉ | ▉ | ▉ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | ▉ | ▉ | FACILITY D-9 S&E #3 |
| ☒ RESPONDER | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | |
| ☐ VICTIM | ☒ N/A | | |

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☒ HOSPITALIZED  ☐ TREATED & RELEASED | | ☐ YES  ☒ NO | |
| ☐ REFUSED TREATMENT | | | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| COLEMAN | J | | OFFICER | ▉ | ▉ | ▉ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | ▉ | ▉ | FACILITY D-9 FLOOR #1 |
| ☒ RESPONDER | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | |
| ☐ VICTIM | ☒ N/A | | |

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | | ☐ YES  ☒ NO | |
| ☐ REFUSED TREATMENT | | | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| STEPP | L | | OFFICER | ▉ | WHI | W/TH |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | ▉ | ▉ | FACILITY D-9 CONTROL BOOTH |
| ☒ RESPONDER | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | |
| ☐ VICTIM | ☒ N/A | | |

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | | ☐ YES  ☒ NO | |
| ☐ REFUSED TREATMENT | | | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| CRUSCH | V | | RN | ▉ | ▉ | ▉ |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | ▉ | N/A | FACILITY D-9 NURSE |
| ☒ RESPONDER | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | |
| ☐ VICTIM | ☒ N/A | | |

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | | ☐ YES  ☒ NO | |
| ☐ REFUSED TREATMENT | | | |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | ☐ YES  ☒ NO |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | POST ASSIGN. # | POSITION |
|---|---|---|---|
| ☐ PRIMARY  ☐ CAMERA | | | |
| ☐ RESPONDER | | | |
| ☐ WITNESS | DESCRIPTION OF INJURIES: | | |
| ☐ VICTIM | ☐ N/A | | |

| | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | | ☐ YES  ☐ NO | |
| ☐ REFUSED TREATMENT | | | |
| ☐ DECEASED DATE: _____ ☐ N/A | ☐ N/A | TYPE: _____ | ☐ YES  ☐ NO |

EXHIBIT A

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDCR 837-C (Rev. 07/05)

PAGE __1__ OF __2__

INCIDENT LOG NUMBER
SVP-FD9-06-12-0848

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| JOHNSON | K | D | 12/30/06 | 1010 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 250362 | D9 Sergeant | 4 YR. 5 MO. | 12/30/06 | D9 C-WING CELL 132 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/M | 0600-1400 | BATTERY ON AN INMATE WITHOUT SBI | 3005(c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|---|---|
| ☒ PRIMARY | K. JIMENEZ (S) | L. STEPP (S) | | VENSON D92349 (S) |
| ☐ RESPONDER | WARLOUMOUNT (S) | RN CRUSCH (S) | | HAR▮▮▮ |
| ☐ WITNESS | C. DIXON (S) | | | |
| ☐ VICTIM | J. COLEMAM (S) | | | |
| ☐ CAMERA | D. MCINTYRE (S) | | | |

FORCE USED BY YOU
- ☐ WEAPON
- ☐ PHYSICAL
- ☐ CHEMICAL
- ☒ NONE

FORCE OBSERVED BY YOU
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ CHEMICAL
- ☐ NONE

WEAPONS AND SHOTS FIRED BY YOU

NO:
- ☐ MINI-14 ___
- ☐ 9 MM ___
- ☐ 38 CAL ___
- ☐ SHOTGUN ___
- ☒ N/A

NO:          TYPE:
- ☐ 37MM ___ ___
- ☐ 40 MM ___ ___
- ☐ L8 ___ ___
- ☐ 40 MULTI ___ ___
- ☐ HFWRS
- ☐ BATON

CHEMICAL AGENTS USE BY YOU

TYPE:
- ☐ OC ___
- ☐ CN ___
- ☐ CS ___
- ☐ OTHER: ___
- ☒ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER: | ☐ YES ☒ NO |

NARRATIVE:

On December 30, 2006, at approximately 1010 hours while performing my duties as D9 ASU Sergeant, during the course of the day, D9 attempted to do compactions in the building when I escorted Inmate Hart▮▮▮▮ to cell 132. Officer K. Jimenez took control of Inmate Hart and placed him inside of the cell. Once Inmate Hart was inside of the cell he stepped towards the back of the cell and Inmate Venson backed toward the cuff port. Officer K. Jimenez then removed the handcuffs from Inmate Venson when next. Inmate Venson took a swing towards Inmate Hart's head and torso area. Officer K. Jimenez gave Inmate Venson instructions to prone out with negative results. Officer K. Jimenez then utilized her OC 5.5 Pepper Spray by spraying through the cuff port towards Inmate Venson's facial area. Inmate Venson did not comply with her instructions. Officer T. Warlaumont responded to the cell and gave Inmate Venson verbal instructions with negative results. Officer Warlaumont then utilized her OC 5.5 Pepper Spray by spraying through the cuff port towards Inmate Venson facial area. Inmate Venson continue to disobey staff orders to prone out. Officer C. Dixon responded to cell 132 and gave Inmate Venson verbal instructions again and Inmate Venson refused. Officer C. Dixon then utilized his OC 5.5 Pepper Spray and sprayed through the cuff port towards Inmate Venson's facial area. Inmate Venson did not comply by not taking the prone position and Officer C. Dixon sprayed Inmate Venson again with positive results. Officer C. Dixon gave Inmate Venson instructions to stand up

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| K Johnson KK | Sergeant | ▮▮▮▮ | 12/30/06 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED ☐ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE |
|---|---|---|---|---|

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-FD9-06-12-0848

| NAME: LAST | FIRST | MI |
|---|---|---|
| JOHNSON | K | |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT      [ ] CLARIFICATION OF REPORT      [ ] ADDITIONAL INFORMATION

NARRATIVE:
and submitted to handcuffs. Inmate Venson complied. Officer C. Dixon placed handcuffs on Inmate Venson and I then instructed Officer L. Stepp, Control Booth Officer to open cell 132. Inmate Venson backed out of the cell and was then escorted to the C-Wing shower by Officers C. Dixon and J. Coleman for decontamination and medical attention. Inmate Hart then backed out of the cell and was escorted to the other C-Wing shower by Officers K. Jimenez and D. McIntyre for decontamination and medical attention. This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| K. Johnson | D9 ASU Sgt | ▮▮▮ | ▮▮▮ | 12/30/06 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED [ ] YES [ ] NO | CLARIFICATION NEEDED [ ] YES [ ] NO | DATE |

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __2__

| INCIDENT LOG NUMBER |
|---|
| SVP-FD9-06-12-0844 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Jimenez | K. | | 12/30/2006 | 1010 hours |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| ▓▓▓ | SiE #2 - D9 | ▓▓▓ | 12/30/2006 | D9  Cell 132 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| T/W | 0600-1400 | Battery on an inmate without SBI | 3005 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|---|
| ☒ PRIMARY | Sgt. K. Johnson (s) | C/O L. Steff (s) | I/m Venson D-92349 (s) |
| ☐ RESPONDER | C/O T. Warlaument (s) | RN Crouch (s) | I/m Hart ▓▓▓▓▓ (s) |
| ☐ WITNESS | C/O C. Dixon (s) | | |
| ☐ VICTIM | C/O J. Coleman (s) | | |
| ☐ CAMERA | C/O McIntyre (s) | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|---|---|
| | | NO: | | NO:    TYPE: | | TYPE: |
| ☐ WEAPON | ☐ MINI-14 | ___ | ☐ 37MM | ___  ___ | ☒ OC | 5.5 Pepper Spray |
| ☐ PHYSICAL | ☐ 9 MM | ___ | ☐ 40 MM | ___  ___ | ☐ CN | |
| ☒ CHEMICAL | ☐ 38 CAL | ___ | ☐ L8 | ___  ___ | ☐ CS | |
| ☐ NONE | ☐ SHOTGUN | ___ | ☐ 40 MULTI | ___  ___ | ☐ OTHER: ___ | |
| **FORCE OBSERVED BY YOU** | | | ☐ HFWRS | | | |
| ☐ WEAPON | ☒ N/A | | ☐ BATON | | ☐ N/A | |
| ☐ PHYSICAL | | | | | | |
| ☒ CHEMICAL | | | | | | |
| ☐ NONE | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN   ☒ NO | ☒ NO |
| | | | ☐ OTHER: ___ | |

NARRATIVE:

On Saturday December 30 2006 at approximately 1010 hours while performing my duties in D9 SiE #2. During a cell move, Officer Coleman and I were standing in front of cell door 132 while Sgt. Johnson escorted I/m Hart, CDC # D-18158 to cell 132. I/m Venson, CDC # D-92349 who is currently assigned to cell 132 was standing inside the cell in handcuffs. I/m Hart was then placed inside the cell and the door was secured. I then removed the handcuffs from I/m Venson. Once the handcuffs were removed, I/m Venson took a swing with a close fist towards I/m Hart head area. I/m Hart was still in cuffs when I pressed my alarm. I gave I/m Venson verbal orders to prone out with negative results. I then utilized my 5.5 OC pepper spray by spraying into the cuff port towards I/m Venson facial area. Officer Warlaument responded and gave both inmates verbal instructions to prone out with negative results. Officer Warlaument then utilized her 5.5 OC pepper spray my sprayed into the cuff port toward I/m Venson facial area. I/m Venson continued to not comply

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| ▓▓ | C/O | ▓▓▓ | 12/30/2006 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | | ☐ YES  ☐ NO | ☐ YES  ☐ NO | |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-FD9-06-12-0844

| NAME. LAST | FIRST | MI |
|---|---|---|
| Jimenez | K. | |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT     [ ] CLARIFICATION OF REPORT     [ ] ADDITIONAL INFORMATION

NARRATIVE:

to staffs instructions Officer Dixon then responded and gave both inmates more instructions to prone out with negative results. Officer Dixon then utilized his 5.5 OC Pepper spray by spraying into the cuff port towards both inmates. Officer Dixon gave a second verbal order to both inmates to prone out with negative results. Officer Dixon then utilized 5.5 OC pepper spray with positive results. Both inmates complied to the orders and proned out. Officer Dixon gave I/m Venson verbal orders to cuff up with positive results. Officer Dixon placed handcuffs on I/m Venson. Sgt. Johnson instructed Officer Stepp to open cell 132. Officer Dixon and Officer Coleman escorted I/m Venson to Charlie Wing shower for decontamination. Officer McIntyre and I escorted I/m Hart to Charlie wing shower where he was decontaminated with copious amount of cold water and medically evaluated. A 7219 was completed on both inmates by RN Crusch. This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/O | | | 12/30/2006 |

| NAME AND TITLE OF REVIEWER (PRINT SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| K Johnson | 12-30-06 | [X] YES [ ] NO | [ ] YES [ ] NO | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDCR 837-C (Rev. 07/05)

PAGE 1 OF 2

INCIDENT LOG NUMBER
SUP-FD906-12-08-4

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| WARLAUMONT | T | | 12/30/06 | 1010 |

| POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|
| D-9 SEE #1 | | 12/30/06 | D-9 Cell 132 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | N/A |
|---|---|---|---|---|
| TH-FRI | 0600-1400 | BATTERY ON A INMATE W/O SBI | 3005(c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | SGT. JOHNSON (S) | HART/ |
| ☒ RESPONDER | C/O JIMENEZ (S) | VENSON/D92349 (S) |
| ☐ WITNESS | C/O COLEMAN (S) | |
| ☐ VICTIM | C/O DIXON (S) | |
| ☐ CAMERA | | |

**FORCE USED BY YOU**
- ☐ WEAPON
- ☒ PHYSICAL
- ☒ CHEMICAL
- ☐ NONE

**FORCE OBSERVED BY YOU**
- ☐ WEAPON
- ☐ PHYSICAL
- ☒ CHEMICAL
- ☐ NONE

**WEAPONS AND SHOTS FIRED BY YOU**

| NO: | | NO: | TYPE: |
|---|---|---|---|
| ☐ MINI-14 | | ☐ 37MM | |
| ☐ 9 MM | | ☐ 40 MM | |
| ☐ 38 CAL | | ☐ L8 | |
| ☐ SHOTGUN | | ☐ 40 MULTI | |
| ☒ N/A | | ☐ HFWRS | |
| | | ☐ BATON | |

**CHEMICAL AGENTS USE BY YOU**

| | TYPE: |
|---|---|
| ☒ OC | 5.5 / PEPPER SPRAY |
| ☐ CN | |
| ☐ CS | |
| ☐ OTHER: | |
| ☐ N/A | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY    ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:**

ON DECEMBER 30, 2006 AT APPROXIMATELY 1010 HOURS I WAS PERFORMING MY USUAL DUTIES AS D-9 'S EE #1. I THEN HEARD A COMMOTION COMING FROM C-WING. I OBSERVED SGT. JOHNSON, OFFICER JIMENEZ AND OFFICER COLEMAN STANDING AT CELL 132. I HEARD OFFICER JIMENEZ GIVING ORDERS TO "GET DOWN" AND "PRONE OUT!" I RAN TO THE CELL FRONT AND OBSERVED INMATE VENSON/D92349 HITTING A CUFFED INMATE HART/ D91158 ABOUT HIS UPPER TORSO AND FACIAL AREA. INMATE HART APPEARED TO BE ATTEMPTING TO DEFEND HIMSELF BY USING HIS LEGS IN A KICKING AND BUTTING MANNER. OFFICER JIMENEZ UTILIZED HER M/C 5.5 PEPPER SPRAY, HITTING INMATE VENSON IN THE FACE AND UPPER TORSO AREA. OFFICER JIMENEZ SOON DEPLETED HER C/C ___ IT WAS AT THAT TIME I BEGAN GIVING SPECIFIC AND DIRECT VERBAL COMMANDS TO "GET DOWN NOW". INMATE VENSON CONTINUED HITTING HART IN HIS UPPER TORSO AREA. WITH THIS ASSESSMENT I ___

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE CORRECTIONAL OFFICER | BADGE # | DATE 12/30/06 |
|---|---|---|---|
| | | | |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED  CLARIFICATION NEEDED | DATE |
|---|---|---|---|
| | | ☐ YES ☐ NO  ☐ YES ☐ NO | |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 2 OF 2

INCIDENT LOG NUMBER
SJP-FD906-12-08-48

NAME. LAST
WARLAUMONT

FIRST
T

MI

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

NARRATIVE:

CF NEGATIVE RESULTS. IN COMPLIANCE TO MY DIRECT ORDERS TO "GET DOWN", I BEGAN UTILIZATION OF MY O/C S.S PEPPER SPAY. I SPRAYED INMATE VENSON IN HIS FACE AND HEAD AREA. I CONTINUED YELLING FOR BOTH INMATES TO "PRONE OUT". STILL WITH NEGATIVE RESULTS. OFFICER DIXON SOON ARRIVED. MY O/C S.S PEPPER SPRAY BECAME DEPLETED. OFFICER DIXON BEGAN GIVING SPECIFIC DIRECT ORDERS TO PRONE OUT. I OBSERVED BOTH INMATES WITHIN THE CELL. INMATE HART WAS ON HIS KNEES, AND INMATE VENSON WAS STANDING NEAR THE BED STILL HITTING HART IN THE UPPER TORSO AREA. OFFICER DIXON THEN BEGAN SPRAYING HER O/C S.S PEPPER SPRAY WHILE YELLING "PRONE OUT" AND "CUFF UP". AS DIXON'S SPRAY BECAME DEPLETED. I OBSERVED OFFICER COLEMAN GIVE DIXON HER O/C S.S PEPPER SPRAY. I HEARD DIXON CONTINUE TO INSTRUCT VENSON TO "CUFF UP! CUFF UP!" OFFICER DIXON CONTINUED TO YELL "CUFF UP!" TO OFFICER DIXON'S SEVERAL MORE INMATE SHORT BURST AT INMATE VENSON. VENSON FINALLY COMPLIED AND SUBMITTED TO CUFFS. OFFICER DIXON CUFFED VENSON. SGT. JOHNSON INSTRUCTED OFFICER STEPP TO OPEN THE CELL DOOR. INMATE HART WAS ESCORTED BY OFFICER JIMENEZ AND "HER(?) TO THE SHOWER FOR DECONTAMINATION. INMATE VENSON WAS ESCORTED BY OFFICERS DIXON AND COLEMAN FOR TO THE SHOWER FOR DECONTAMINATION. BOTH INMATES WERE PROVIDED WITH COPIOUS AMOUNTS OF COOL WATER. NURSE CRUSCH THEN ARRIVED AND COMPLETED 7219'S ON BOTH INMATES. THIS CONCLUDES MY INVOLVEMENT IN THIS INCIDENT.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF

TITLE
CORRECTIONAL OFFICER

BADGE #

ID #

DATE
12/30/06

NAME AND TITLE OF REVIEWER (PRINT, SIGNATURE)    DATE RECEIVED    APPROVED    CLARIFICATION NEEDED    DATE
[ ] YES [ ] NO    [ ] YES [ ] NO

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __2__

INCIDENT LOG NUMBER
SVP-FD9-06-12-084

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Dixon | | | 12/30/06 | 10:10 |

| POST: | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| | D9 Floor #2 | | 12/30/06 | D-C9 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| T/W | 0600-1600 | Battery on Inmate w/o SBI | 3005c | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|---|
| ☐ PRIMARY | C/O T. Warlaumont (S) | | I/M Venson (D92349) (S) |
| ☒ RESPONDER | C/O C. Dixon (S) | RN Crusch (S) | I/M Hart (D98158) (V) |
| ☐ WITNESS | C/O J. Coleman | | |
| ☐ VICTIM | C/O McIntyre (S) | | |
| ☐ CAMERA | C/O L. Stepps (S) | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | CHEMICAL AGENTS USE BY YOU |
|---|---|---|

FORCE USED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ CHEMICAL
☐ NONE

FORCE OBSERVED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ CHEMICAL
☐ NONE

WEAPONS AND SHOTS FIRED BY YOU

NO:
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN
☒ N/A

NO:
☐ 37MM
☐ 40 MM
☐ L8
☐ 40 MULTI
☐ HFWRS
☐ BATON

TYPE:

CHEMICAL AGENTS USE BY YOU
TYPE:
☒ OC      5.5 MK9
☐ CN
☐ CS
☐ OTHER:
☐ N/A

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:**

On Saturday December 30, 2006 at approximately 1010 hours while performing my duties a D9 #2 I responded to a audible Alarm on D9 Charlie Wing. As I approached Charlie Wing, I saw c/o Warlaumont at cell 132 occupied by I/M Venson (D92349) and I/M Hart. C/o Warlaumont was giving both Inmates clear verbal orders to prone out with negative results, I saw I/M Hart kneeling on his knees with his hands behind his back in handcuffs. I also saw I/M Venson standing near the bed. I gave both Inmates a clear verbal order to prone out with negative results. I then gave another clear verbal order again for both Inmates to prone out with negative results. I then administered 5.5 pepper spray into the facial area of both Inmates with negative results. C/o Coleman then gave me another can of 5.5 pepper spray. I then gave another clear verbal order for both inmates to lay in the prone position with negative results. I then administered 5.5 pepper spray in the facial area of both Inmates with positive results. Once both Inmates went in inside the prone position, I

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| C. Dixon | C/O | | 12/31/06 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED   ☐YES ☐NO | CLARIFICATION NEEDED   ☐ YES ☐ NO | DATE |
|---|---|---|---|---|
| | | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

PAGE 2 OF _____

INCIDENT LOG NUMBER
SVP-EDY-06-12-0645

NAME: LAST
Dixon

FIRST
C

MI
N

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT      ☐ CLARIFICATION OF REPORT      ☐ ADDITIONAL INFORMATION

NARRATIVE:

Instructed I/m Venson to back up to the food port to be placed in handcuffs with positive results. Once I/m Venson was placed in handcuffs, with Sgt Johnson then gave C/o Stepp instructions to open cell #132. C/o Coleman and I then escorted I/m Venson to the Charlie Wing shower where he was decontaminated with copious amounts of cold water. RN Crusch then gave both ~~restrained medical~~ Inmates medical evaluation. This concludes my involvement in this situation.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | CSP-C/O | | | 12/30/06 |

| NAME AND TITLE OF REVIEWER (PRINT SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | | ☐ YES  ☐ NO | ☐ YES  ☐ NO | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDCR 837-C (Rev. 07/05)

PAGE __1__ OF __1__

| INCIDENT LOG NUMBER |
|---|
| SVP-FD9-06-12-0848 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| MCINTYRE | D | M | 12/30/06 | 1010 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| ~~[redacted]~~ | S&E #3 | ~~[redacted]~~ | 12/30/06 | D9 C WING |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/M | 0600-1400 | BATTERY ON INMATE W/O SBI | 3005 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|---|
| ☐ PRIMARY | Sgt. K. Johnson (S) | C/O Coleman (S) | Venson (D-92349) (S) |
| ☒ RESPONDER | C/O Dixon (S) | | ~~[redacted]~~ |
| ☐ WITNESS | C/O Stepp (S) | | |
| ☐ VICTIM | C/O Jimenez (S) | | |
| ☐ CAMERA | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|---|
| ☐ WEAPON | | NO: | NO: | TYPE: | TYPE: |
| ☐ PHYSICAL | ☐ MINI-14 _____ | ☐ 37MM _____ | | ☐ OC _____ | |
| ☐ CHEMICAL | ☐ 9 MM _____ | ☐ 40 MM _____ | | ☐ CN _____ | |
| ☒ NONE | ☐ 38 CAL _____ | ☐ L8 _____ | | ☐ CS _____ | |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN _____ | ☐ 40 MULTI _____ | | ☐ OTHER: _____ | |
| ☐ WEAPON | | ☐ HFWRS | | | |
| ☐ PHYSICAL | ☒ N/A | ☐ BATON | | ☒ N/A | |
| ☐ CHEMICAL | | | | | |
| ☒ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☐ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER: _____ | ☒ NO |

NARRATIVE:
On 12/30/06 at approximately 1010 hours while performing my duties as D9 S&E #3, I responded to an alarm in D9 C Wing. Upon arriving, I observed Officer Dixon placing handcuffs on Inmate Venson. Sgt. Johnson instructed Correctional Office Stepp to open Cell #132. Inmate Venson was then escorted to the C-Wing shower by Correctional Officer Dixon and Correctional Officer Coleman. Inmate Hart was then escorted to the other C-Wing shower by Correctional Officer Jimenez and I where he was decontaminated with copious amounts of cold water and medically evaluated. This concludes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| [signature] | C/O | ~~[redacted]~~ | 12/30/06 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED    CLARIFICATION NEEDED | DATE |
|---|---|---|---|
| K JOHNSON [signature] | 12-30-06 | ☒ YES ☐ NO   ☐ YES ☐ NO | |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C- STAFF REPORT
CDCR 837-C (Rev. 07/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE __1__ OF __2__

INCIDENT LOG NUMBER
SVP-FD-9-06-12-0844

| NAME. LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Coleman | J | | 12/30/06 | 1010 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| ▓▓▓ | Delta 9 Floor Officer # 4 | ▓▓▓ | 12/30/06 | Delta 9 Cell # 132 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| F/S | 0600-1400 | Battery on an Inmate Without SBI | 3005(c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|---|
| ☐ PRIMARY | (S) Johnson, K Sgt | (S) Stepp, L C/O | (S) Venson D92349 | D9-132 |
| ☐ RESPONDER | (S) Jimenez, K C/O | (S) Crusch RN | (V) Hart ▓▓▓ | D9-132 |
| ☒ WITNESS | (S) Warloumont, T C/O | | | |
| ☐ VICTIM | (S) Dixon, C C/O | | | |
| ☐ CAMERA | (S) McIntyre, C/O | | | |

FORCE USED BY YOU
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

FORCE OBSERVED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ CHEMICAL
☐ NONE

WEAPONS AND SHOTS FIRED BY YOU

| | NO: | | NO: | TYPE: |
|---|---|---|---|---|
| ☐ MINI-14 | _____ | ☐ 37MM | _____ | _____ |
| ☐ 9 MM | _____ | ☐ 40 MM | _____ | _____ |
| ☐ 38 CAL | _____ | ☐ L8 | _____ | _____ |
| ☐ SHOTGUN | _____ | ☐ 40 MULTI | _____ | _____ |
| ☒ N/A | | ☐ HFWRS | | |
| | | ☐ BATON | | |

CHEMICAL AGENTS USE BY YOU

| | | TYPE: |
|---|---|---|
| ☐ OC | | _____ |
| ☐ CN | | _____ |
| ☐ CS | | _____ |
| ☐ OTHER: | | _____ |
| ☒ N/A | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER: ____ | ☐ YES ☒ NO |

NARRATIVE:

On December 30,2006 at approximately 10:10 hours while performing my duties D-9 Floor Officer # 4 during a cell move, Officer K. Jimenez and I were standing in front of D9 cell # 132, which housed Inmate Venson D92349. Sergeant Johnson 2/w D9 Sergeant escorted Inmate Hart to ▓▓▓ Officer Jimenez instructed D9 Control Booth Officer Step to close D9 Cell 132. Inmate Venson placed his hands through the Food/Cuff Port as his handcuffs removed. Just as the handcuffs were removed, Inmate Venson suddenly lunged at Inmate Hart an began to strike him in the face and upper torso area with a closed fist while Inmate Hart was still handcuffed. Officer Jimenez activated her personal alarm and instructed both Inmates to stop and prone out, but they did not comply. Officer Jimenez then removed her MK-9 from her holder and sprayed both Inmates in the face and upper torso area with negative results. Responding staff had arrived to cell # 132, Officer T. Warlomont and instructed both Inmates to stop and proneout with negative results. Officer Warlomont then removed her MK-9 from it's holder and sprayed both Inmates in the face and upper torso area with negative results. Officer C. Dixon responded to D9 Cell 132. Officer Dixon began to give clear instructions to stop and prone out with negative results. Officer Dixon then removed his MK-9 from his holder and sprayed both Inmates in the face and upper torso area and instructed them to stop with negative results. I then gave Officer Dixon my MK-9, and he gave another order for the Inmates to prone out with negative results.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| ▓▓▓ | C/O | ▓▓▓ | 12 30 06 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

PAGE __2__ OF __2__

INCIDENT LOG NUMBER
SVP-FD9-06-12-0844

| NAME: LAST | FIRST | MI |
|---|---|---|
| Coleman | J | |

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

NARRATIVE:

Officer Dixon sprayed both Inmates again and gained compliance. Officer Dixon then instructed Inmate Venson to back-up to the Food/Cuff Port and be handcuffed. Sgt. Johnson instructed D9 Control Booth Officer Stepp to open cell D9-132. Officer Dixon and I removed Inmate Venson from the cell and escorted his to C-Wing shower for decontamination from the effects of the O.C. Pepper Spray. Officer McIntyre and Officer Jimenez escorted Inmate Hart to C-Wing shower for decontamination from the effects of the O.C. Pepper Spray. RN Crusch completed 7219's on both Inmates.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | | | | |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED [ ] YES [ ] NO | CLARIFICATION NEEDED [ ] YES [ ] NO | DATE |
|---|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CRIME / INCIDENT REPORT
PART C- STAFF REPORT
CDCR 837-C (Rev. 07/05)

PAGE ___1___ OF ___1___

INCIDENT LOG NUMBER
Sup-FD9-06-12-08

| NAME: LAST Stepp | FIRST L. | MI F | DATE OF INCIDENT 12-30-06 | TIME OF INCIDENT 1010 hrs |
|---|---|---|---|---|

| POST # ▓▓▓ | POSITION D-9 Control Booth | YEARS OF SERVICE ▓▓▓ | DATE OF REPORT 12-30-06 | LOCATION OF INCIDENT D-9 Cell 132 |
|---|---|---|---|---|

| RDO's WIT | DUTY HOURS 0600-1400 | DESCRIPTION OF CRIME / INCIDENT Battery on an Inmate W/O SBI | CCR SECTION / RULE 3005 C | ☐ N/A |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | Sgt. K. Johnson (6) | Venson (D-93349) (5) |
| ☐ RESPONDER | C/O Dixon (6) | Hart (D-14158) (6) |
| ☒ WITNESS | C/O Coleman (6) | |
| ☐ VICTIM | C/O Jimenez (6) | |
| ☐ CAMERA | C/O McIntyre (5) | |

FORCE USED BY YOU
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

FORCE OBSERVED BY YOU
☐ WEAPON
☐ PHYSICAL
☐ CHEMICAL
☒ NONE

WEAPONS AND SHOTS FIRED BY YOU

| | NO: | | NO: | TYPE: |
|---|---|---|---|---|
| ☐ MINI-14 | | ☐ 37MM | | |
| ☐ 9 MM | | ☐ 40 MM | | |
| ☐ 38 CAL | | ☐ L8 | | |
| ☐ SHOTGUN | | ☐ 40 MULTI | | |
| | | ☐ HFWRS | | |
| ☒ N/A | | ☐ BATON | | |

CHEMICAL AGENTS USE BY YOU

| | TYPE: |
|---|---|
| ☐ OC | |
| ☐ CN | |
| ☐ CS | |
| ☐ OTHER: | |
| ☒ N/A | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER: | ☐ YES ☒ NO |

NARRATIVE:
On December 30, 2006 at approximately 1010 hrs, while conducting my duties as D-9 control booth officer, I responded to an audible alarm in C-wing. When I arrived at the window of C-wing, I observed staff responding inside of C-wing and Officer Dixon applying handcuffs to one of the inmates later identified as Inm Venson CDC # D-93349. The other Inm involved was later identified as Inm Hart CDC # D-14158. He was already in handcuffs. Once both inmates were in handcuffs, Sergeant K. Johnson instructed me to open cell 132 and both showers in C-wing. I then observed Officers Dixon and Coleman escorting Inmate Venson to the shower. Once Venson was secured in the shower, I then observed Officers Jimenez and McIntyre escorting Inmate Hart to the other shower in C-wing. Once Inmate Hart was in the shower I secured the Door. This concludes my report.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE A/O | BADGE # ▓▓▓ | DATE 12-30-06 |
|---|---|---|---|

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) K. Tilley ISGT | DATE RECEIVED 12-30-06 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☐ NO | DATE |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Andre L. Hart
_____
Plaintiff or Petitioner

v.                                              Case Number:
Sgt, K. Johnson/ C/O L. Stepp,
John Doe Lt.
_____
Defendant or Respondent

**PROOF OF SERVICE**

_____/

I hereby certify that on ___January __14TH___, ___2008___, I served a copy of the

Prisoners Application to Proceed IN Forma Pauperis/ Complaint By Prisoner Under The Civil
attached __Rights Act, 42 U.S.C. §§ 1983_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

California Substance Abuse Treatment Facility
envelope in the United States Mail at P.O. Box 7100 Corcoran, California 93212      .

**(List Name and Address of Each**
**Defendant or Attorney Served)**    Office of The Clerk, U.S. District Court
                                     Northern District of California
                                     450 Golden Gate Avenue
                                     San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct.

_____
                                     Andre L. Hart
                                     (Name of Person Completing Service)



LEGAL MAIL ONLY

Andre L Hart D-18158
California Substance Abuse Treatment Facil.
P.O. Box 5246 C6-176L
Corcoran California 93212

Clerk of The United States
District Court
for the Northern District of
California
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102

Pro Se

RECEIVED
JAN 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA