FILED
08 JAN 28 AM 10: 49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CW

Andre L. Hart

        Plaintiff,

vs.

SGT. K. Johnson / C/O Stepp L. / John Doe Lt.

        Defendant.

CV 08 00648

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

    I, __Andre L. Hart_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  <u>Southwest Energy Technology  (Date 1994)  Wage Per Month 13.00 Thirteen</u>
5  <u>hundred Dollars & some change, Since then Plaintiff has been Incarcerated.</u>
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or                        Yes ___  No _X_
10         self employment
11   b.   Income from stocks, bonds,                     Yes ___  No _X_
12        or royalties?
13   c.   Rent payments?                                 Yes ___  No _X_
14   d.   Pensions, annuities, or                        Yes ___  No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments,             Yes ___  No _X_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____"NONE OF THE ABOVE"_____
22  _____
23  3.   Are you married?                                Yes ___  No _X_
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____  Net $_____N/A_____
28  4.   a.   List amount you contribute to your spouse's support: $ ___N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

_____

_____

5.  Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $ __N/A__   Amount of Mortgage: $ __N/A__

6.  Do you own an automobile?   Yes ____ No _X_

Make __N/A__   Year __N/A__   Model __N/A__

Is it financed? Yes ____ No _X_   If so, Total due: $ __N/A__

Monthly Payment: $ __N/A__

7.  Do you have a bank account?   Yes ____ No _X_   (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

_____

Present balance(s): $ __N/A__

Do you own any cash?   Yes ____ No _X_   Amount: $ __NONE__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _X_

__NONE__

8.  What are your monthly expenses?

Rent: $ __N/A__   Utilities: __N/A__

Food: $ __N/A__   Clothing: __N/A__

Charge Accounts:   NONE

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| __N/A__ | $ __N/A__ | $ __N/A__ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.)
3  <u>Restitution in the sum of 9,000 Dollars and a couple hundred with Change</u>
4  <u>to Victims compensation thrugh the California Court's Due to Conviction</u>
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15                                              Andre L. Hart
16  January 14, 2008            X_____
17       DATE                      SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 4 -

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Andre L Hart_ for the last six months at
[prisoner name]
_California Substance Abuse Treatment Facility_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _1.50_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _4.60_.

Dated: _1-11-08_                    _T Colwell  AOS_
                                    Authorized officer of the institution

rev. 11/97                          5

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SATF/SP AT CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : D18158                BED/CELL NUMBER: FC46T1000000126L
ACCOUNT NAME   : HART, ANDRE LEONARD   ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                           TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ----  -----------   -------    ---------  --------  -----------  -------

06/01/2007  BEGINNING BALANCE                                             0.00

11/20 *DD30 CASH DEPOSIT   2834/NR              9.00                      9.00
11/20  W212 FEDERAL FILIN  2837/2519                        1.80          7.20
11/26  W516 LEGAL COPY CH  2904/LCOPY                       0.40          6.80
12/07  W515 COPY CHARGE    3134/COPY                        2.20          4.60
12/27  W512 LEGAL POSTAGE  3410/LPOST                       4.60          0.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/04/96              CASE NUMBER: SCD116891
COUNTY CODE: SD                       FINE AMOUNT: $ 10,000.00

  DATE      TRANS.   DESCRIPTION                TRANS. AMT.    BALANCE
  ----      ------   -----------                -----------    -------

06/01/2007  BEGINNING BALANCE                                  9,082.95

11/20/07    DR30     REST DED-CASH DEPOSIT       10.00-        9,072.95

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS     TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED
---------    --------   -----------   -------    -------   ------------

  0.00        9.00        9.00         0.00       0.00        0.00


                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                 0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J Colwell_
       TRUST OFFICE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/11/08
                                                           PAGE NO:          1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER  : D18158                      BED/CELL NUMBER:
ACCOUNT NAME    : HART, ANDRE LEONARD          ACCOUNT TYPE: T
PRIVILEGE GROUP:
                            TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                             TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT      HOLDS       TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
---------     ---------    -----------   ---------    ---------    ------------
  0.00          0.00          0.00         0.00         0.00           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 1/11/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] SVSP
TRUST OFFICE

CURRENT AVAILABLE BALANCE

0.00

| STATE OF CALIFORNIA<br>GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| DATE<br>12/14/07 | TO<br>Trust Office | | FROM (LAST NAME)<br>Hart Andre L | | CDC NUMBER<br>D-18158 |
| HOUSING<br>C6-126L | BED NUMBER<br>126L | WORK ASSIGNMENT<br>None | | JOB NUMBER<br>FROM N/A | TO N/A |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)<br>None | | | | ASSIGNMENT HOURS<br>FROM N/A | TO N/A |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

"Please Notice" This is my "Third" Request inregards to this extremely import-

matter that's is subjected to a deadline, I'am in need of a "Certified State-

ment of Fund's and a 6-Month Statement of my Trust Account" All of which are

required for my application to proceed in Forma pauperis!

INTERVIEWED BY   T Colwell        DATE 1-14-08

DISPOSITION