EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
MICHAEL J. QUINN, State Bar No. 209542
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5726
 Fax: (415) 703-5843
 Email: Michael.Quinn@doj.ca.gov

Attorneys for Defendants Johnson and Stepp

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANDRE L. HART,<br><br>                        Plaintiff,<br><br>             v.<br><br>K. JOHNSON, et al.,<br><br>                        Defendants. | C 08-0648 CW<br><br>[~~PROPOSED~~] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ANDRE L. HART, CDCR No. D-18158 |

   Plaintiff, **ANDRE L. HART, CDCR No. D-18158**, a necessary and material witness in proceedings in this case **beginning on March 11, 2009, at 11:00 a.m.**, is confined at Corcoran State Prison in the custody of Warden Derral G. Adams.  In order to secure this inmate's attendance at the settlement conference scheduled for March 11, 2009 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Andre L. Hart, CDCR No. D-18158, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on March 11, 2009, at 11:00 a.m.**

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate     A. Hart v. K. Johnson, et al.
C 08-0648 CW

1

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Corcoran State Prison and the California Department of Corrections and Rehabilitation to produce inmate **ANDRE L. HART, CDCR No. D-18158**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Corcoran State Prison.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Corcoran State Prison,

**YOU ARE COMMANDED** to produce inmate **ANDRE L. HART, CDCR No. D-18158**, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Corcoran State Prison.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 2/10/09

IT IS SO ORDERED
Judge Nandor J. Vadas

The Honorable Nandor Vadas
United States Magistrate Judge

20179325.wpd
SF2008201091

[Proposed] Order & Writ of Habeas Corpus Ad Testificandum to Transport Inmate

A. Hart v. K. Johnson, et al.
C 08-0648 CW