IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE L. HART,

      Plaintiff,

  v.

K. JOHNSON, et al.,

      Defendants.
                                          /

No. C 08-00648 CW

<u>CONDITIONAL ORDER
OF DISMISSAL</u>

      The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: 4/3/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE L. HART,

        Plaintiff,

v.

K. JOHNSON et al,

        Defendant.

Case Number: CV08-00648 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre L. Hart D-18158
4B-ZR-#64
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

Michael James Quinn
California State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: April 3, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk